Dismissed and Memorandum Opinion filed May 3, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00047-CV

____________

 

HUTCHINSON GROUP LP, TRADITIONAL CONCEPTS, INC., AND
ANTHONY HUTCHINSON, Appellants

 

V.

 

REGIONS BANK, Appellee

 



 

On Appeal from the 125th District Court

Harris County, Texas

Trial Court Cause No. 2010-01136

 



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed December 13, 2010.  No
clerk’s record has been filed.  The clerk responsible for preparing the record
in this appeal informed the court appellants did not make arrangements to pay
for the record.  

On March 11, 2011, notification was transmitted to all parties
of the court’s intention to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment.  See Tex. R. App. P.
37.3(b).

Appellant has not provided this court with proof of payment
for the record. Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Seymore and Boyce.